UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADY SPICER,

                          Plaintiff,

          -against-

ALLEGHANY NORTH CAROLINA
UNITED STATES,

                        Defendant.

26-cv-3928 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 15, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    June 17, 2026
               New York, New York

                                 /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                        Chief United States District Judge